| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:05CR00505-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR06-120. |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: ESTHER GRULLON Wilmington, Deleware 19801 | DISTRICT New Jersey | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE William J. Martini | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 8/23/06 — TO 8/22/09 |

**REDACTED**

OFFENSE

21:846(21:841(b)(1)(A) Conspiracy to Distribute More Than One Kilogram of Heroin

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEW JERSEY**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF DELEWARE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/23/06
Date                                                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF DELEWARE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                            United States District Judge

(K. Jones
20 Washington Pl)



FILED
OCT 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE