CLOSED

## U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-00505-WJM-ALL

Case title: USA v. GRULLON  
Magistrate judge case number: 2:04-mj-04145-GDH

Date Filed: 06/28/2005

Assigned to: Judge William J. Martini

**Defendant**

**ESTHER MABEL GRULLON** (1)  
*TERMINATED: 08/23/2006*

represented by **CHESTER KELLER**  
OFFICE OF FEDERAL PUBLIC DEFENDER  
972 BROAD STREET  
NEWARK, NJ 07102  
(973) 645-6347  
Email: chester_keller@fd.org  
*TERMINATED: 06/29/2005*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Public Defender or Community Defender Appointment

**MORTON KATZ**  
132 Nassau St.  
New York, NY 10038  
212-267-6021  
Email: mkatz23@nyc.rr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Retained

**Pending Counts**

21:846 (21:841(a)(1)and (b)(1)(A)  
CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE DOA: 11/8/04  
(1)

**Disposition**

Imprisonment: TIME SERVED;  
Supervised Release: 3 years; Special Assessment: $100

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**



FILED  
OCT 30 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

Highest Offense Level (Terminated)
None

**Complaints**

21:846, 21:841(a)(1) and (b)(1)(A)
Conspiracy to possess & possession
with intent to distribute heroin.

**Disposition**

**Plaintiff**

USA   represented by   JOSEPH N. MINISH
US ATTORNEY'S OFFICE
970 BROAD STREET
SUITE 700
NEWARK, NJ 07102
(973) 645-2700
Email: joseph.minish@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2004 |  | Arrest of ESTHER MABEL GRULLON, LUIS R GONZALEZ, FAUSTO RODRIGUEZ, IRIS POLANCO, ELIDA DURAN POLANCO (nc, ) [2:04-mj-04145-GDH] (Entered: 11/16/2004) |
| 11/10/2004 | 1 | COMPLAINT as to ESTHER MABEL GRULLON (1), LUIS R GONZALEZ (2), FAUSTO RODRIGUEZ (3), IRIS POLANCO (4), ELIDA DURAN POLANCO (5). (nc, ) [2:04-mj-04145-GDH] (Entered: 11/16/2004) |
| 11/10/2004 |  | CJA 23 Financial Affidavit by ESTHER MABEL GRULLON, LUIS R GONZALEZ, FAUSTO RODRIGUEZ, IRIS POLANCO, ELIDA DURAN POLANCO (nc, ) [2:04-mj-04145-GDH] (Entered: 11/16/2004) |
| 11/10/2004 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to ESTHER MABEL GRULLON. Attorney CHESTER KELLER added . Signed by Judge G. Donald Haneke on 11/10/04. (nc, ) [2:04-mj-04145-GDH] (Entered: 11/16/2004) |
| 11/10/2004 | 3 | Minute Entry for proceedings held before Judge G. Donald Haneke :Initial Appearance as to ESTHER MABEL GRULLON, LUIS R GONZALEZ, FAUSTO RODRIGUEZ, IRIS POLANCO, ELIDA DURAN POLANCO held on 11/10/2004 (Tape #04-30 Ct. 4715-5350.) (nc, ) [2:04-mj-04145-GDH] (Entered: 11/16/2004) |

| | | |
|---|---|---|
| 11/10/2004 | 4 | TEMPORARY COMMITMENT Issued as to ESTHER MABEL GRULLON, LUIS R GONZALEZ, FAUSTO RODRIGUEZ, IRIS POLANCO, ELIDA DURAN POLANCO (nc, ) [2:04-mj-04145-GDH] (Entered: 11/16/2004) |
| 11/12/2004 | 5 | Minute Entry for proceedings held before Judge G. Donald Haneke :Detention Hearing as to ESTHER MABEL GRULLON held on 11/12/2004 (Tape #04-31 Ct. 1-515.) (nc, ) [2:04-mj-04145-GDH] (Entered: 11/16/2004) |
| 11/12/2004 | 6 | ORDER OF DETENTION as to ESTHER MABEL GRULLON . Signed by Judge G. Donald Haneke on 11/12/04. (nc, ) [2:04-mj-04145-GDH] (Entered: 11/16/2004) |
| 11/16/2004 | 13 | NOTICE OF ATTORNEY APPEARANCE: MORTON KATZ appearing for ESTHER MABEL GRULLON (nc-sl, ) [2:04-mj-04145-GDH] (Entered: 11/19/2004) |
| 11/16/2004 | | Attorney update in case as to ESTHER MABEL GRULLON, LUIS ROMERO GONZALEZ. Attorney CYNTHIA H. HARDAWAY and CHESTER KELLER terminated. (nc-sl, ) [2:04-mj-04145-GDH] (Entered: 11/19/2004) |
| 11/19/2004 | 15 | ORDER TO CONTINUE - Ends of Justice as to ESTHER MABEL GRULLON, LUIS ROMERO GONZALEZ, FAUSTO RODRIGUEZ, IRIS POLANCO, ELIDA DURAN POLANCO Time excluded from 11/17/04 until 1/16/05. Signed by Judge G. Donald Haneke on 11/19/04. (nc, ) [2:04-mj-04145-GDH] (Entered: 11/29/2004) |
| 01/18/2005 | 18 | ORDER TO CONTINUE - Ends of Justice as to ESTHER MABEL GRULLON Time excluded from 1/16/05 until 3/17/05. Signed by Judge G. Donald Haneke on 1/18/05. (nc, ) [2:04-mj-04145-GDH] (Entered: 01/20/2005) |
| 03/17/2005 | 23 | ORDER TO CONTINUE - Ends of Justice as to ESTHER MABEL GRULLON Time excluded from 3/17/05 until 5/16/05. Signed by Judge G. Donald Haneke on 3/17/05. (nc-sl, ) [2:04-mj-04145-GDH] (Entered: 03/23/2005) |
| 04/07/2005 | 28 | Minute Entry for proceedings held before Judge G. Donald Haneke :Bail Hearing as to ESTHER MABEL GRULLON held on 4/7/2005. Ordered application denied on flight risk grounds. (CD# 05-04.) (nc-sl, ) [2:04-mj-04145-GDH] (Entered: 04/08/2005) |
| 04/13/2005 | 29 | ORDER OF DETENTION as to ESTHER MABEL GRULLON . Signed by Judge G. Donald Haneke on 4/13/05. (nc-sl, ) [2:04-mj-04145-GDH] (Entered: 04/19/2005) |
| 05/17/2005 | 30 | ORDER TO CONTINUE - Ends of Justice as to ESTHER MABEL GRULLON Time excluded from 5/16/05 until 7/15/05. Signed by Judge G. Donald Haneke on 5/17/05. (nc-sl, ) [2:04-mj-04145-GDH] (Entered: 05/17/2005) |
| 06/28/2005 | 31 | INFORMATION as to ESTHER MABEL GRULLON (1) count(s) 1. |

CM/ECF LIVE - U.S. District Court for the District of New Jersey - Docket Report
Case 1:06-cr-00120-JJF   Document 3   Filed 10/30/2006   Page 4 of 4
Page 4 of 4

| | | |
|---|---|---|
| | | (gh, ) (Entered: 06/29/2005) |
| 06/28/2005 | 32 | WAIVER OF INDICTMENT by ESTHER MABEL GRULLON (gh, ) (Entered: 06/29/2005) |
| 06/28/2005 | 33 | Minutes of 6/28/05 held before Judge William J. Martini :Plea Agreement Hearing as to ESTHER MABEL GRULLON; Sentencing date: 10/12/05 at 10:00 a.m. (Court Reporter Walter Perelli.) (gh, ) (Entered: 06/29/2005) |
| 06/28/2005 | | Plea entered by ESTHER MABEL GRULLON (1) Guilty Count 1 of the Information (gh, ) (Entered: 06/29/2005) |
| 06/28/2005 | 34 | APPLICATION for permission to enter Plea of guilty (gh, ) (Entered: 06/29/2005) |
| 06/28/2005 | 35 | PLEA AGREEMENT as to ESTHER MABEL GRULLON (gh, ) (Entered: 06/29/2005) |
| 06/29/2005 | | Attorney update in case as to ESTHER MABEL GRULLON. Attorney CHESTER KELLER terminated. (gh, ) (Entered: 06/29/2005) |
| 08/23/2006 | 36 | Minute Entry for proceedings held before Judge William J. Martini :Sentencing held on 8/23/2006 for ESTHER MABEL GRULLON (1), Count(s) 1, Imprisonment: TIME SERVED; Supervised Release: 3 years; Special Assessment: $100. (Court Reporter Walter Perelli.) (gh, ) (Entered: 08/23/2006) |
| 08/23/2006 | 37 | JUDGMENT as to ESTHER MABEL GRULLON (1), Count(s) 1, Imprisonment: TIME SERVED; Supervised Release: 3 years; Special Assessment: $100 . Signed by Judge William J. Martini on 8/23/06. (gh, ) (Entered: 08/23/2006) |
| 10/23/2006 | 38 | Probation Jurisdiction Transferred to UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE as to ESTHER MABEL GRULLON Transmitted Transfer of Jurisdiction form and Transfer Letter. (Attachments: # 1 Transfer Letter)(lm2, ) (Entered: 10/26/2006) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/03/2006 11:16:05 | | |
| PACER Login: | ud0037 | Client Code: |
| Description: | Docket Report | Search Criteria: | 2:05-cr-00505-WJM Start date: 1/1/1970 End date: 11/3/2006 |
| Billable Pages: | 3 | Cost: | 0.24 |

https://ecf.njd.uscourts.gov/cgi-bin/DktRpt.pl?828400752915131-L_923_0-1        11/3/2006

2005R00650/JNM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 05-505-01 |
| ESTHER GRULLON | : | 21 U.S.C. § 846 |

**INFORMATION**

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

On or about November 8, 2004, in the District of New Jersey and elsewhere, the defendant

ESTHER GRULLON

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 1 kilogram or more of heroin, a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.



CHRISTOPHER J. CHRISTIE
United States Attorney



FILED
OCT 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 245 B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　Case Number   2:05CR0505-01

ESTHER GRULLON

Defendant.

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, ESTHER GRULLON, was represented by Morton Katz, Esq.

The defendant pled guilty to count(s) One of the Information on 06/28/05. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 21:846(21:841(b)(1)(A) | Conspiracy to Distribute More Than One Kilogram of Heroin | 11/8/04 | One |

As pronounced on 8/23/06, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100, for count(s) One, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the __23 rd__ day of August, 2006.

WILLIAM J. MARTINI
United States District Judge



FILED
OCT 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 245 B (Rev. 12/03) Sheet 2 - Imprisonment

Judgment – Page 2 of 4

Defendant: ESTHER GRULLON
Case Number: 2:05CR0505-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME SERVED.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 B (Rev. 12/03) Sheet 3 - Supervised Release

Judgment – Page 3 of 4

Defendant: ESTHER GRULLON
Case Number: 2:05CR0505-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years.

Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court (on the next page).

The defendant shall submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release and shall comply with the following special conditions:

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

AO 245 B (Rev. 12/03) Sheet 3a - Supervised Release

Judgment – Page 4 of 4

Defendant: ESTHER GRULLON
Case Number: 2:05CR0505-01

## STANDARD CONDITIONS OF SUPERVISED RELEASE

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance.

3) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer.

5) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

7) The defendant shall support his or her dependents and meet other family responsibilities.

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____
                     Defendant                          Date

_____
U.S. Probation Officer/Designated Witness       Date