UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730



William T. Walsh
Clerk

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: NEWARK

October 26, 2006

J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re: U.S.A. -v- Esther Grullon
Our Docket No. 05cr505-001
Your Docket No. CR06-120.

Dear Clerk:

A Transfer of Jurisdiction Order (Prob 22 form) has been filed with this District in the above-captioned case. This District considers the electronic record to be the original pursuant to Federal Rules of Criminal Procedure 49(d), Local Civil Rule 5.2 and paragraph 7 of the Court's Electronic Case Filing Policies and Procedures. The original records of this Court can be obtained by accessing CM/ECF through PACER. Certified copies of any document not available through PACER are enclosed . Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By: __Loretta McCall_____
Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____.

FILED
OCT 3 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DNJ-Crim-003(Rev. 09/06)

## Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

   - Reports
   - Docket Sheet
   - Enter Case Number in the following format: [06-1234]
   - Run Report

     ▸ To view a document from the docket sheet, click on the blue "underlined" document number;

     ▸ To download, click on File, Save a Copy and save to your specific directory;

     ▸ If the document does not have an underlined document number, it is either:

       - A text only entry and no document is attached, or
       - An entry made prior to electronic case filing and the original is enclosed, or
       - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

   ▸ Camden - 866-726-0726 or 856-757-5285
   ▸ Newark - 866-208-1405 or 973-645-5924
   ▸ Trenton - 866-848-6059 or 609-989-2004